**Order entered August 15, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00385-CR

**MORGAN RENEE MCCOMB, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-84981-2021**

### ORDER

Before the Court is appellant's August 9, 2022 motion to supplement the clerk's record to include a certification of the right to appeal and a signed appealable order. In separate filings, on August 10, 2022 and August 12, 2022, the district clerk has filed supplemental clerk's records containing the certification and the signed appealable order. Accordingly, we **DENY AS MOOT** appellant's motion.

The filing of the signed appealable order satisfies the jurisdictional concerns the Court expressed in a letter issued August 8, 2022. We conclude we have jurisdiction over the appeal. The State's brief is due on August 28, 2022.

/s/    KEN MOLBERG
JUSTICE